

| | |
|---|---|
| **Ryan Richman**<br>Partner<br><br>T. 973-639-2052<br>F. 973-297-3906<br><br>rrichman@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

January 31, 2022

<u>**Via ECF**</u>

The Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:  **Group 2 Cases:**

> ***Kimberly Bond, et. al. v. Solvay Specialty Polymers, USA, LLC, et. al.***
> **Civil Action No.: 1:20-cv-08487-NLH-KMW**

> ***Theresa Slusser, et. al. v. Solvay Specialty Polymers, USA, LLC, et. al.***
> **Civil Action No.: 1:20-cv-11393-NLH-KMW**

> ***Tammy O'Leary, et. al. v. Solvay Specialty Polymers, USA, LLC, et. al.***
> **Civil Action No.: 1:21-cv-00217-NLH-KMW**

> ***Carly Corrar, et. al. v. Solvay Specialty Polymers, USA, LLC, et. al.***
> **Civil Action No.: 1:21-cv-00452-NLH-KMW**

> ***Shirley Bond v. Solvay Specialty Polymers, USA, LLC, et. al.***
> **Civil Action No.: 1:21-cv-11203-NLH-KMW**

Dear Judge Donio:

We represent Defendants, E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC (collectively "EID/CC").  During the January 18, 2022 status conference in the above-referenced Group 2 cases (*i.e.* *Kimberly Bond,* ECF Nos. 176, 179), and in Your Honor's Order dated January 20, 2022 (*i.e. Kimberly Bond,* ECF No. 177), Your Honor directed the parties to attempt to agree upon an Open Public Records Act request for submission to the Department of Environmental Protection and to update you on the status of this by January 31, 2022. You also instructed defendants to provide terms that we would include in the OPRA request to plaintiffs by January 31, 2022.

While the parties have made progress and anticipate reaching agreement shortly, the parties jointly request that Your Honor grant them a one-week extension of time through and including February 7, 2022, for defendants to provide their terms to be included in the OPRA request and to confer with plaintiffs.  The parties will provide another update on February 7 with regard to their progress.

January 31, 2022
Page 2

Sincerely,

*/s/ Ryan Richman*

Ryan Richman

cc: All counsel of record (via ECF)