## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BOND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 1:20-cv-08487 <br><br> Hon. Noel L. Hillman, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. |
| THERESA SLUSSER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 1:20-cv-11393 <br><br> Hon. Noel L. Hillman, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. |
| CARLY CORRAR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 1:21-cv-00452 <br><br> Hon. Noel L. Hillman, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. |
| TAMMY O'LEARY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 1:21-cv-00217 <br><br> Hon. Noel L. Hillman, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. |

| | |
|---|---|
| SHIRLEY BOND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*,<br><br>　　　　　Defendants. | Civil Action No.: 1:21-cv-11203<br><br>Hon. Noel L. Hillman, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J. |
| NICOLE BOND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*,<br><br>　　　　　Defendants. | Civil Action No.: 1:21-cv-20755<br><br>Hon. Noel L. Hillman, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J. |

**CONSENT ORDER CONCERNING
EXTENSION OF TIME FOR DEFENDANTS TO ANSWER,
PLEAD, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

**WHEREAS**, the above-captioned cases were served on all Defendants on the following dates:

　　1) August 6, 2020 -- *Kimberly Bond, et. al. v. Solvay Specialty Polymers USA LLC, et. al.*, No.: 1:20-cv-08487-NLH-AMD;

　　2) August 31, 2020 -- *Slusser, et. al. v. Solvay Specialty Polymers USA LLC, et. al.*, No.: 1:20-cv-11393-NLH-AMD;

　　3) February 25, 2021 -- *O'Leary, et. al. v. Solvay Specialty Polymers USA LLC, et. al.*, No.: 1:21-cv-00217-NLH-AMD;

　　4) January 13, 2021 -- *Corrar, et. al. v. Solvay Specialty Polymers USA LLC, et. al.*, No.: 1:21-cv-00452-NLH-AMD;

2

5) May 18, 2021 -- *Shirley Bond v. Solvay Specialty Polymers USA LLC, et. al.*, No.: 1:21-cv-11203-NLH-AMD; and

6) January 11, 2022 -- *Nicole Bond v. Solvay Specialty Polymers USA, LLC*, et al., No. 1:21-cv-20755-NLH-AMD.

**WHEREAS**, on February 2, 2022, Judge Hillman issued an Opinion and Order granting in part and denying in part Defendants' Motions to Dismiss in *Kimberly Bond*, *Slusser*, *O'Leary*, *Corrar*, and *Shirley Bond*;

**WHEREAS**, the Parties to *Nicole Bond* adopted Judge Hillman's Motion to Dismiss Opinion and Order by stipulation on February 28, 2022;

**WHEREAS**, the Court has previously granted 14-day Clerk's Extensions for the deadline by which Defendants were to respond to the Complaints in the above-captioned six matters;

**WHEREAS**, the Court has previously granted a further extension of the deadline by which Defendants were to respond to the Complaints in the above-captioned six matters by consent order agree to by the parties;

**WHEREAS**, the deadline for defendants to respond to the current Complaints in the above-captioned six matters is March 2, 2022;

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants for all six of the above-captioned matters, by and through their respective counsel, that all Defendants are granted a one week extension, to March 9, 2022, to respond to the Complaints in these matters.

**SO ORDERED** on this _____ date of March, 2022.

_____
**ANN MARIE DONIO, U.S.M.J.**

*For Plaintiffs*

SZAFERMAN, LAKIND, BLUMSTEIN,
 & BLADER, P.C.
*/s/ Arnold C. Lakind*
Arnold C. Lakind, Esq.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
(609) 275-0400
alakind@szaferman.com

PHILLIPS & PAOLICELLI, LLP
*/s/ Steve Phillips*
Steve Phillips, Esq.
747 Third Avenue, 6th Floor
New York, NY 10017
(212) 388-5200
sphillips@p2law.com

COONEY & CONWAY
Kevin Conway, Esq.
120 N. Lasalle Street, Suite 3000
Chicago, IL 60602
(312) 236-6166
kconway@cooneyconway.com


*For Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC*

MCCARTER & ENGLISH, LLP
*/s/ Lanny S. Kurzweil*
Lanny S. Kurzweil, Esq.
Ryan A. Richman, Esq.
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
lkurzweil@mccarter.com
rrichman@mccarter.com

ME1 39748726v.1

*For Solvay Specialty Polymers USA, LLC, successor by merger to Solvay Solexis, Inc.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
*/s/ Theodore V. Wells, Jr.*
Theodore V. Wells, Jr.
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3089
twells@paulweiss.com


*For Arkema Inc.*

STEPTOE & JOHNSON LLP
*/s/ Robert L. Shuftan*
Robert L. Shuftan, Esq.
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1245
rshuftan@steptoe.com

Joo Cha Webb, Esq.
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9418
jwebb@steptoe.com

GREENBAUM, ROWE, SMITH, & DAVIS, LLP
*/s/ John D. North*
John D. North, Esq.
Jemi G. Lucey, Esq.
Irene Hsieh
99 Wood Avenue South
Iselin, NJ 08830
(732) 476-2630
(732) 476-2503
jnorth@greenbaumlaw.com
jlucey@greenbaumlaw.com

*For 3M Company*

MAYER BROWN LLP
*/s Andrew J. Calica*
Andrew J. Calica, Esq.
Jordan D. Sagalowsky, Esq.
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2256
(212) 506-2165
acalica@mayerbrown.com
jsagalowsky@mayerbrown.com

BRESSLER, AMERY & ROSS, P.C.
*/s/ Donald J. Camerson, II*
Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 660-4433
(973) 937-6802
djcamerson@bressler.com
jcrowder@bressler.com

ME1 39748726v.1