Theodore V. Wells, Jr.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com

*Attorneys for Defendant Solvay Specialty Polymers USA, LLC, successor by merger to Solvay Solexis, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLY BOND, *et al.*,<br><br>                              Plaintiffs,<br><br>     v.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC, *et al.*,<br><br>                              Defendants. | No. 1:20-cv-08487-NLH-AMD<br><br>**NOTICE OF MOTION FOR ADMISSION OF COUNSEL** *PRO HAC VICE*<br><br>Hon. Ann Marie Donio<br><br>Motion Day: March 4, 2024 |

**PLEASE TAKE NOTICE** that, pursuant to Rule 101.1(c) of the Local Rules for the United States District Court for the District of New Jersey, the undersigned attorney for Solvay Specialty Polymers USA, LLC, successor by merger to Solvay Solexis, Inc. ("Solvay"), shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen Courthouse, 4th & Cooper Streets, Camden, New Jersey, 08101, for entry of an Order allowing the admission *pro hac vice* of Tarek Roshdy Hassan, Esq. as counsel for Solvay in the above-captioned case.

1

Solvay shall rely on the accompanying Certifications of Theodore V. Wells, Jr. and Tarek Roshdy Hassan in support of this motion. A proposed form of Order is submitted for the Court's convenience.

**PLEASE TAKE FURTHER NOTICE** that counsel for all parties have consented to the *pro hac vice* relief sought in this motion.

**WHEREFORE**, it is respectfully requested that the motion for admission of Tarek Roshdy Hassan *pro hac vice* as counsel for Solvay Specialty Polymers USA, LLC, successor by merger to Solvay Solexis, Inc. in the above-captioned matter be granted.

Dated:   February 5, 2024                     Respectfully Submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ *Theodore V. Wells, Jr.*
         Theodore V. Wells, Jr.

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone:  (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com

*Attorneys for Defendant Solvay Specialty Polymers USA, LLC, successor by merger to Solvay Solexis, Inc.*

## CERTIFICATE OF SERVICE

  I, Theodore V. Wells, Jr., certify that on February 5, 2024, I electronically filed the attached Notice of Motion for Admission *Pro Hac Vice*; Certification of Theodore V. Wells, Jr. in Support of Admission *Pro Hac Vice*; Certification of Tarek Roshdy Hassan in Support of Admission *Pro Hac Vice*; and the [Proposed] Order Granting Admission *Pro Hac Vice* by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

              /s/ *Theodore V. Wells, Jr.*
              Theodore V. Wells, Jr.