**Phillips & Paolicelli, LLP**
747 3rd Avenue, 6th Floor
New York, New York, 10017
Phone: 212-388-5100; Fax 212-388-5200
Attorneys for Plaintiffs
By:  Steven Phillips, Esq.
      Victoria Phillips, Esq.
      Melissa Stewart, Esq.
      Russell Curley, Esq.

**Szaferman Lakind Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08534
Phone: 609-275-0400; Fax: 609-275-4511
Attorneys for Plaintiffs
By:  Arnold Lakind, Esq.
      Janine Bauer, Esq,

**Cooney & Conway**
120 N. Lasalle Street, Suite 3000
Chicago, Illinois 60602
Phone:  312-236-6166; Fax 312-236-3029
Attorneys for Plaintiffs
By:  Kevin Cooney, Esq.
      Michael Lubeck, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLY BOND AND RICHARD BOND, INDIVIDUALLY, AND AS PARENTS AND NATURAL GUARDIANS OF CHRISTINA BOND,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E.I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; AND JOHN DOE ENTITIES #1-10,<br><br>Defendants. | Case No., 1:20-cv-08487 (ESK/AMD)<br><br>**CIVIL ACTION**<br><br><br><br>**NOTICE OF MOTION TO APPROVE SETTELENT ON BEHALF OF AN INCAPACITATED PLAINTIFF, CHRISTINA BOND** |

#15101297v1

PLEASE TAKE NOTICE that on Monday, August 4, 2025, at 10:00 A.M., or as soon thereafter as counsel may be heard, the attorneys for Plaintiffs, shall move, before the Honorable Anne Marie Donio, Magistrate Judge for the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & 5th, Streets, Camden, NJ 08101 for the entry of a judgment approving the settlement of the claim of Plaintiff, Christina Bond, an incapacitated person, against Defendant, Arkema, Inc. and

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the supporting Declaration of Arnold Lakind and the accompanying Memorandum of Law and exhibits.

By: s/Arnold C. Lakind
    Arnold C. Lakind
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd. Ste. 200
Lawrenceville, N.J. 08648
Tel. (609) 275-0400
Fax. (609) 275-4511

Attorneys for Plaintiffs

Dated: July 14, 2025

#15101297v1