**Phillips & Paolicelli, LLP**
747 3rd Avenue, 6th Floor
New York, New York, 10017
Phone: 212-388-5100; Fax 212-388-5200
Attorneys for Plaintiffs
By:  Steven Phillips, Esq.
     Victoria Phillips, Esq.
     Melissa Stewart, Esq.

**Szaferman Lakind Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08534
Phone: 609-275-0400; Fax: 609-275-4511
Attorneys for Plaintiffs
By:  Arnold Lakind, Esq.
     Janine Bauer, Esq.

**Cooney & Conway**
120 N. Lasalle Street, Suite 3000
Chicago, Illinois 60602
Phone:  312-236-6166; Fax 312-236-3029
Attorneys for Plaintiffs
By:  Kevin Cooney, Esq.
     Michael Lubeck, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KIMBERLY BOND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY SPECIALTY POLYMERS USA, LLC, *et al.*,<br><br>Defendants. | Civil Action No.: 1:20-cv-08487<br><br>Hon. Edward S. Kiel, U.S.D.J.<br>Hon. Ann Marie Donio, U.S.M.J.<br><br>**Returnable November 3, 2025** |

**MOTION TO COMPEL DISCOVERY OF PURCHASE, PRESENCE AND USE INFORMATION DIRECTED TO E.I.D.P./CHEMOURS**

PLEASE TAKE NOTICE that on Monday, November 3, 2025, at 10:00 A.M., or as soon thereafter as counsel may be heard, attorneys for Plaintiffs, shall move before the United States District Court for the District of New Jersey, at the Mitchell H. Cohen

#15195729v1

Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 (before the Hon. Ann Marie Donio) for the entry of an order:

1. Compelling E.I.D.P./Chemours to provide, by a date certain, a concise straightforward response to Plaintiffs' discovery requests with three elements: (a) a statement that E.I.D.P./Chemours does not have information with regard to the annual purchase, presence, and use of PFOA/PFNA at Chambers Works for those years in issue for which it has no such information if true, or (b) those Defendants do have that information and it appears in documents, which should be identified by a specific Bates number for each specific year; and (c) a representation that E.I.D.P./Chemours have done a diligent search for this information as required of a Federal Rule of Civil Procedure 30(b)(6) witness in order to determine if such information is available

2. Compelling E.I.D.P./Chemours to provide, by a date certain, documents which it had not previously disclosed in discovery and which are referred to in the Rule 30(b)(6) deposition of DuPont employee Anne Masse, which transcript was recently provided by Geosyntec in response to Plaintiffs' subpoena:

   a. A document prepared by DuPont employee, David Cummings;

   b. Documents showing that E.I.D.P. used 10,000 pounds of PFOA annually;

   c. Records of the prior use data for PFOA;

   d. Air emission data for PFOA; and

   e. Two other reports referred to in the deposition of Anne Masse, as historical records of the quantity of PFOA present and/or used at Chambers Works; and

3. Compelling E.I.D.P./Chemours to provide, by a date certain:

   a. Inventory records" referred to in its Preliminary Assessment Report Chambers Works Complex," December 2006, prepared by the DuPont Corporate Remediation Group; and

   b. A document identified as DuPont(1978) in that report.

4. An order re-opening discovery to permit the deposition of two affiants who submitted affidavits addressed to E.I.D.P and Chemours records with regard to the purchase, presence and use of PFOA and PFNA at E.I.D.P./Chemours' Chambers Works facility.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon the accompanying Memorandum of Law and the Declaration of Arnold Lakind.

By: *s/Arnold C. Lakind*
Arnold C. Lakind
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd. Ste. 200
Lawrenceville, N.J. 08648
Tel. (609) 275-0400
Fax. (609) 275-4511

Attorneys for Plaintiffs

Dated: October 9, 2025

**Phillips & Paolicelli, LLP**
747 3rd Avenue, 6th Floor
New York, New York, 10017
Phone: 212-388-5100; Fax 212-388-5200
Attorneys for Plaintiffs
By: Steven Phillips, Esq.
 Victoria Phillips, Esq.
 Melissa Stewart, Esq.

**Szaferman Lakind Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08534
Phone: 609-275-0400; Fax: 609-275-4511
Attorneys for Plaintiffs
By: Arnold Lakind, Esq.
 Janine G. Bauer, Esq.

**Cooney & Conway**
120 N. Lasalle Street, Suite 3000
Chicago, Illinois 60602
Phone: 312-236-6166; Fax 312-236-3029
Attorneys for Plaintiffs
By: Kevin Cooney, Esq.
 Michael Lubeck, Esq.