# EXHIBIT 3

| | |
|---|---|
| **From:** | Arnold C. Lakind <ALakind@szaferman.com> |
| **Sent:** | Tuesday, September 30, 2025 5:31 PM |
| **To:** | Schlier, David |
| **Subject:** | RE: PFOA |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

### EXTERNAL EMAIL | STOP | VERIFY | REPORT

David-Neither document mentions Cummings or the amounts discussed by Masse, and the second document refers to a "block diagram "called "DuPont US APFO Balance" which I cannot find. It also refers to an internal report by P.J. Krusic on page 2 and I cannot find that either. Can you send me those documents and recheck your documents for the Cummings report?

Thanks

**From:** Schlier, David <dschlier@mccarter.com>
**Sent:** Tuesday, September 30, 2025 3:59 PM
**To:** Arnold C. Lakind <ALakind@szaferman.com>
**Cc:** Richman, Ryan <RRichman@McCarter.com>
**Subject:** RE: PFOA

**EXTERNAL MESSAGE**

Arnie,

While it is hard to tell, it seems that you may be referring to the Dr. Masse deposition transcript from the Rowe/Scott litigation, which I located in the Geosyntec production. In that deposition it appears that Dr. Masse and Mr. Bilott are discussing DuPont's June 2000 and January 2001 submissions under the EPA PFOA Use and Exposure Information Project. These reports have been produced in the Group 2 cases many times over by Defendants during fact discovery (see, e.g., DNJG2-CC-0382670 and DNJG2-CC-0382696).

David

**From:** Arnold C. Lakind <ALakind@szaferman.com>
**Sent:** Monday, September 29, 2025 2:47 PM
**To:** Richman, Ryan <RRichman@McCarter.com>; Schlier, David <dschlier@mccarter.com>
**Subject:** PFOA

### EXTERNAL EMAIL | STOP | VERIFY | REPORT

Ryan, David-As I mentioned on our call, Anne Masse in her deposition referred to a report by David (or Donald) Cummings and a submission to the EPA and variously discussed the shipment amounts of ▮▮▮▮ pounds or ▮▮▮▮ pounds.  Can our get me Cummings report, the submission to the EPA, and any backup data relevant to those amounts.

Thanks

Arnold Lakind
**Szaferman, Lakind, Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: (609) 275-0400 x 202
Fax: (609) 275-4511
Cell:  (609) 306-3994
ALakind@szaferman.com

If you are not the intended recipient of this message, please notify the sender by return email, and delete this email and all copies of this message and any attachments from your system.  Any unauthorized disclosure, use, distribution or reproduction of this message or any attachments is prohibited.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

| | |
|---|---|
| **From:** | Arnold C. Lakind <ALakind@szaferman.com> |
| **Sent:** | Wednesday, October 8, 2025 9:17 AM |
| **To:** | Richman, Ryan; Schlier, David |
| **Cc:** | Steven Phillips; Kevin Conway |
| **Subject:** | RE: PFOA |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

# EXTERNAL EMAIL | STOP | VERIFY | REPORT

Ryan-I disagree with you.

Searches of my database fail to reveal any of the items you claim exist. See below

Arnie,

A troublesome pattern has developed where Plaintiffs attempt to place the burden of reviewing produced documents onto EIDP and Chemours, seemingly without performing any diligence of their own before doing so. Have Plaintiffs run even the simplest of string searches across the productions to locate the dozens of instances where the "DuPont US APFO Balance" was produced? I do have this document but it does not correspond to the description Masse gave (see below).

I did not have the Masse deposition transcript – are you saying that DuPont had provided it in discovery?

The two documents that David sent me did refer to the "DuPont US APFP Balance" on the "back page." But there is no back page in either document DNJG1-CC-0403701 does have the block diagram but that document does not report quantities.

Have Plaintiffs reviewed all of the relevant portions of the Dr. Masse transcript where it is made clear that: 1) the reports generated by David Cummings were the ones we cited to (responses to the EPA's APFO Voluntary Use and Exposure Information request); I did not see that citation in the Voluntary Use and Exposure Profile nor does that document contain quantity information for Chambers Works. If I overlooked it, can you tell me where it is in that document

and 2) that Dr. Masse's references to ▬ and ▬ lbs relate to completely different reports that also have been produced numerous times. I agree with the ▬ but did not find any reference to ▬ pounds in your discovery. Can you give me the Bates number. Finally, Krusic reports fitting this description have also already been produced. I still cannot find this. What is the Bates number

Here is what Masse says in her deposition with some additions to provide context, and I do not see any of that in the

discovery you provided or in the documents sent to me by David. See pages 337 thru 341:

> Q: And has DuPont been able to identify how much PFOA was used in those processes in prior years?
>
> A: We have records of that, yes.

1

"we had estimated that the actual use was ▓▓▓▓ pounds a year."

She says that in 2003, the actual use "was ▓▓▓▓ pounds a year."

"[s]o there's charts . . . that shows the baseline year" and "what the emissions were for the fluoroelastomers."

By 2003 we had actual emission rates and we had been able to narrow down exactly what the emissions were. We had actual measurements..

"There is actually two documents,"

Q: Is DuPont aware of any document that identifies how much PFOA was used in those processes in the years prior to 1999?

A: There is a document that was produced, and I believe David Cummings generated it, and I can't recall the exact numbers, but there were some estimates made in that document.

---

**From:** Richman, Ryan <RRichman@McCarter.com>
**Sent:** Monday, October 6, 2025 11:12 AM
**To:** Arnold C. Lakind <ALakind@szaferman.com>; Schlier, David <dschlier@mccarter.com>
**Subject:** RE: PFOA

**EXTERNAL MESSAGE**

Arnie,

A troublesome pattern has developed where Plaintiffs attempt to place the burden of reviewing produced documents onto EIDP and Chemours, seemingly without performing any diligence of their own before doing so. Have Plaintiffs run even the simplest of string searches across the productions to locate the dozens of instances where the "DuPont US APFO Balance" was produced? Have Plaintiffs reviewed all of the relevant portions of the Dr. Masse transcript where it is made clear that: 1) the reports generated by David Cummings were the ones we cited to (responses to the EPA's APFO Voluntary Use and Exposure Information request); and 2) that Dr. Masse's references to ▓▓▓▓ and ▓▓▓▓ lbs relate to completely different reports that also have been produced numerous times. Finally, Krusic reports fitting this description have also already been produced.

So as not to continue to waste the parties' time and resources, EIDP and Chemours request that moving forward Plaintiffs bring to EIDP and Chemours only legitimate disputes, and articulate them clearly with e.g. the Bates numbers of the documents Plaintiffs are referring to, citations to specific testimony, etc. to enable EIDP and Chemours to accurately and efficiently respond. EIDP and Chemours will not respond to requests where Plaintiffs are asking them to locate certain documents in their productions for them, which Plaintiffs can also easily do. The Federal Rules make clear that such requests are inappropriate.

Thanks,
Ryan

2



**Ryan A. Richman | Partner | Chair, Products Liability, Mass Torts & Consumer Class Actions Practice**
McCarter & English, LLP
Four Gateway Center, 100 Mulberry Street | Newark, NJ 07102

rrichman@mccarter.com | www.mccarter.com | V-Card
T 973.639.2052    M 215.771.4077    F 973.297.3906

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York
Philadelphia | Stamford | Trenton | Washington, DC | Wilmington

---

**From:** Arnold C. Lakind <ALakind@szaferman.com>
**Sent:** Monday, September 29, 2025 2:47 PM
**To:** Richman, Ryan <RRichman@McCarter.com>; Schlier, David <dschlier@mccarter.com>
**Subject:** PFOA

# EXTERNAL EMAIL | STOP | VERIFY | REPORT

---

Ryan, David-As I mentioned on our call, Anne Masse in her deposition referred to a report by David (or Donald) Cummings and a submission to the EPA and variously discussed the shipment amounts of ▮▮▮▮ pounds or ▮▮▮▮ pounds. Can our get me Cummings report, the submission to the EPA, and any backup data relevant to those amounts.

Thanks

Arnold Lakind
**Szaferman, Lakind, Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: (609) 275-0400 x 202
Fax: (609) 275-4511
Cell:  (609) 306-3994
ALakind@szaferman.com


If you are not the intended recipient of this message, please notify the sender by return email, and delete this email and all copies of this message and any attachments from your system.  Any unauthorized disclosure, use, distribution or reproduction of this message or any attachments is prohibited.  We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.