**McCarter & English**

Ryan Richman
Partner
T. 973-297-3906
F. 973-297-3810
rrichman@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

January 20, 2026

**VIA CM/ECF FILING**

Honorable Edward S. Kiel
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
Fourth and Cooper Streets, Room 1050
Camden, NJ 08101

**Re: Group 2a Cases: Extension Request for Opposition to Appeal[1]**

Dear Judge Kiel:

I am counsel for The Chemours Company, The Chemours Company FC, LLC, and EIDP, Inc. (collectively "EIDP/CC") and write on behalf of all Parties, with the exception of Arkema Inc. ("Defendants").

On January 5, 2026, Plaintiffs appealed Magistrate Judge Donio's order and opinion denying in part Plaintiffs' request for expert materials from other litigation. *See* 1:20-cv-08487-ESK-AMD, Dkt. No. 925. Per Local Rule 72.1(c)(1), Defendants' opposition brief is due on or before January 20, 2026 and Plaintiffs' reply is due on or before January 26, 2026. The parties request extensions of these deadlines to January 23, 2026, and January 29, 2026, respectively.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Ryan Richman

Ryan Richman

cc: All counsel (via CM/ECF)

SO ORDERED

  /s/ Edward S. Kiel                                                          1/21/26
Judge Edward S. Kiel                                                          Date

---

[1] "Group 2a" refers to: *Kimberly Bond, et al. v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:20-cv-08487-NLH-AMD; *Theresa Slusser, et al. v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:20-cv-11393-NLH-AMD; *Tammy O'Leary, et al. v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:21-cv-00217-NLH-AMD; *Carly Corrar, et al. v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:21-cv-00452-NLH-AMD; *Shirley Bond v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:21-cv-11203-NLH-AMD; *Nicole Bond v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:21-cv-20755-NLH-AMD; and *K. Bond, et al. v. Solvay Specialty Polymers, USA, LLC, et al.*, Civ. No.: 1:22-cv-01115-NLH-AMD.